IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3092 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JONAIR TYREECE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's counsel, Dona J. Ashe, has notified the court that she is currently in hospice care for cancer. She requests leave to withdraw as counsel for the defendant.

The court has reviewed the docket for the defendant's case, and it appears the defendant's conviction and sentence are now final.

Accordingly,

IT IS ORDERED:

1) Dona J. Ashe's request is granted, and Dona J. Ashe is withdrawn as counsel for the defendant Jonair Tyreece Moore. The clerk shall remove Ms. Ashe from all future ECF notifications in this case.

2) New counsel will not be appointed for the defendant except as ordered by the court upon defendant's motion.

3) The clerk shall mail a copy of this order to the defendant.

DATED this 13th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge